**No. 10-5446. Kimberly Albright-Lazzari, et vir, Petitioners v. Connecticut.**

562 U.S. 807, 131 S. Ct. 300, 178 L. Ed. 2d 9, 2010 U.S. LEXIS 7682.

October 4, 2010. Motion of petitioners for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Appellate Court of Connecticut dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-5586. Frank C. Johnson, Jr., Petitioner v. John H. Wilbur, et al.**

562 U.S. 807, 131 S. Ct. 323, 178 L. Ed. 2d 9, 2010 U.S. LEXIS 7833.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

Same case below, 375 Fed. Appx. 960.

**No. 10-5624. Stephen Murray Mitchell, Petitioner v. Juan Castillo, Warden.**

562 U.S. 807, 131 S. Ct. 329, 178 L. Ed. 2d 9, 2010 U.S. LEXIS 7679.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit dismissed. See Rule 39.8.

**No. 10-5743. Derrick Brown, Petitioner v. Ricardo E. Chavez, Warden.**

562 U.S. 807, 131 S. Ct. 341, 178 L. Ed. 2d 9, 2010 U.S. LEXIS 7693.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit dismissed. See Rule 39.8.

**No. 10M1. Dale G. Wills, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.**

562 U.S. 819, 131 S. Ct. 372, 178 L. Ed. 2d 9, 2010 U.S. LEXIS 6666.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.